LILLIAN ROSENTHAL, Appellant, v. NATHAN ROSENTHAL, Respondent.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

BENJAMIN BLOCK and Others, Respondents, v. THE PENNSYLVANIA EXCHANGE BANK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiffs to serve an amended complaint within ten days from service of order upon payment of said costs, on the authority of Dyer v. Broadway Central Bank (225 App. Div. 366). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [134 Misc. 153.]

JULIUS L. SCHWARTZ, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Finch and Martin, JJ., dissent. [132 Misc. 200.]

MINNA FESTO, Committee of the Person and Estate of MARY B. ZIMMERMAN, an Incompetent, Respondent, v. JOHN FARSON and WILLIAM FARSON, Appellants.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

J. & H. GOODWIN, LTD., Respondent, v. CARL I. DINGFELDER and Another, Doing Business, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK BIANCHI, Respondent, v. JOHN F. KLEIN, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE KRAUS, Respondent, v. MARIE M. WOLF, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH MANGAN, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE BATUM, Administrator, etc., of FRED BATUM, Deceased, Respondent, v. TUNNEL GARAGE, INC., Defendant, Impleaded with GEORGE L. STIVERS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; O'Malley, J., dissents.

CELESTINO CERNUDO v. WILLIAM J. SCHMIDT and CHARLES STEBBINS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB ATKIN v. FANNY FREED, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before November 8, 1929, with notice of argument for November 26, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROYAL INDEMNITY COMPANY v. E. GUSMAN & SONS, INC., and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.